# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

YUSHEIKA G. DENNISON,

      Plaintiff,

v.                                           Case No. 3:24-cv-841-JRK

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,[1]

      Defendant.
_____/

## O R D E R

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 17; "Motion"), filed December 23, 2024, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1. Such a disposition is clearly within the Court's authority. See Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 17) is **GRANTED**.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

      2.      The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> On remand, the Appeals Council will instruct the Administrative Law Judge to: (1) offer Plaintiff the opportunity for a hearing; (2) take any further action needed to complete the administrative record; and (3) issue a new decision.

      3.      The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on January 3, 2025.

*[signature: James R. Klindt]*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record

2